## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

| | |
|---|---|
| 2445 ASSOCIATES, LLP, | Civil No. 08-5763 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| CENTIMARK CORPORATION, | |
| Defendant. | |

___

Barry O'Neil, Brett Clark, and Nicholas Dolejsi, **LOMMEN, ABDO, COLE, KING & STAGEBERG, PA,** 80 South Eighth Street, Suite 2000, Minneapolis, MN 55402, for Plaintiff.

Shawn Raiter, **LARSON KING, LLP,** 30 East Seventh Street, Suite 2800, St. Paul, MN 55101, for Defendant.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: April 5, 2010
at Minneapolis, Minnesota.

                                                s/ John R. Tunheim
                                                JOHN R. TUNHEIM
                                             United States District Judge